**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00246-CR**
_____

**ALBERTO CERVANTES SUAREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 221st District Court**
**Montgomery County, Texas**
**Trial Cause No. 24-04-06369-CR**

**MEMORANDUM OPINION**

On June 20, 2024, the trial court sentenced Alberto Cervantes Suarez on an indictment for evading arrest or detention with a motor vehicle. On July 17, 2024, Suarez filed a notice of appeal. The District Clerk then sent Suarez's notice of appeal and the trial court's certification to the Ninth Court of Appeals. The trial court's certification states that the case "is a plea-bargain case, and the defendant has NO right of appeal."

1

On July 18, 2024, we notified the parties that we would dismiss the appeal unless the appellant established the trial court's certification was incorrect. None of the parties responded to the Court's notice. Because the record lacks a certification that shows Suarez has the right of appeal, we dismiss the appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on August 27, 2024
Opinion Delivered August 28, 2024
Do Not Publish

Before Golemon, C.J., Wright and Chambers, JJ.